**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter   11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Synrgo, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **20-2539032** | |

4. **Debtor's address**

**Principal place of business**

**590 W. Lambert Road**
**Brea, CA 92821**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**     **https://synrgo.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Synrgo, Inc.**
_____
Name                                          Case number *(if known)* _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5313**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. **Check *all* that apply:**

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | Synrgo, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | | | | | |
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Synrgo, Inc.**

Name

Case number *(if known)*

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☑ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   Synrgo, Inc.                                                    Case number (*if known*)
              Name

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/18/2021
                     MM / DD / YYYY

X _____                    **Karl Klessig**
    Signature of authorized representative of debtor         Printed name

Title   **Chairman and Sole Board Member**

**18. Signature of attorney**

X _____                    Date   5/18/2021
    Signature of attorney for debtor                              MM / DD / YYYY

**Sean A. OKeefe**
Printed name

**OKeefe & Associates Law Corporation. PC**
Firm name

**26 Executive Park**
**Suite 250**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 334-4135**   Email address   **sokeefe@okeefelawcorporation.com**

**122714 CA**
Bar number and State

**United States Bankruptcy Court**
Central District of California

In re  Synrgo, Inc.

_____
Debtor(s)

Case No. _____
Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Karl Klessig**, declare under penalty of perjury that I am the **Chairman and Sole Board Member** of **Synrgo, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Karl Klessig, Chairman and Sole Board Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Karl Klessig, Chairman and Sole Board Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Karl Klessig, Chairman and Sole Board Member** of this Corporation is authorized and directed to employ **Sean A. OKeefe**, attorney and the law firm of **OKeefe & Associates Law Corporation, PC** to represent the corporation in such bankruptcy case."

Date  MAY 18, 2021               Signed  _____
                                          Karl Klessig

Resolution of Board of Directors
of
**Synrgo, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Karl Klessig, Chairman and Sole Board Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Karl Klessig, Chairman and Sole Board Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Karl Klessig, Chairman and Sole Board Member** of this Corporation is authorized and directed to employ **Sean A. OKeefe**, attorney and the law firm of **OKeefe & Associates Law Corporation. PC** to represent the corporation in such bankruptcy case.

Date  MAY 18, 2021          Signed  _____

Date  MAY 18, 2021          Signed  _____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Synrgo, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alameda CA County Recorder** 1106 Madison St Oakland, CA 94607 | | | | | | $1,739,306.75 |
| **American Express** PO Box 981535 El Paso, TX 79998 | | | | | | $142,435.02 |
| **Anthem Blue Cross** PO BOX 511300 Los Angeles, CA 90051-7855 | | | | | | $235,292.40 |
| **Bank of Hemet** KEVIN R FARRENKOPF as Agent 3715 SUNNYSIDE DRIVE Riverside, CA 92506 | | | | | | $3,396,391.35 |
| **Bank of Hemet Mastercard Card Service Center** PO Box 569120 Dallas, TX 75356-9120 | | | | | | $28,333.65 |
| **El Dorado CA County Recorder** 360 Fair Ln Placerville, CA 95667 | | | | | | $20,218.90 |
| **FPT USA Corp** 801 East Campbell Road Suite 525 Richardson, TX 75081 | | | | | | $31,000.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Synrgo, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Imperial CA County Recorder** 940 Main St El Centro, CA 92243 | | | | | | $23,073.05 |
| **Kern CA County Recorder** 1530 Truxtun Ave Bakersfield, CA 93301 | | | | | | $49,367.20 |
| **Marquette** | | Line of Credit | | | | $42,783,697.90 |
| **Sacramento CA County Recorder** 600 8th Street Sacramento, CA 95814 | | | | | | $190,609.72 |
| **San Benito CA County Recorder** 440 5th St #108 Hollister, CA 95023 | | | | | | $30,873.10 |
| **San Joaquin CA County Recorder** 44 N San Joaquin St #260 Stockton, CA 95202 | | | | | | $84,411.05 |
| **Santa Clara CA County Recorder** 70 W Hedding St 1st Floor San Jose, CA 95110 | | | | | | $1,127,098.80 |
| **Stanislaus CA County Recorder** 1021 I St Suite 101 Modesto, CA 95354 | | | | | | $89,209.65 |
| **Tisdale & Nicholson LLP** 2029 Century Park East Suite 1040 Los Angeles, CA 90067 | | | | | | $34,047.50 |
| **Travelers CL Remittance Center** PO Box 660317 Dallas, TX 75266-0317 | | | | | | $30,366.00 |
| **UDig LLC** 8000 Franklin Farms Drive Suite 2 Henrico, VA 23229 | | | | | | $35,837.50 |

Debtor  **Synrgo, Inc.**
_____  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UMB Capital Finance UMB Bank Attn Matthew Howe 1600 W 82nd St Suite 250 Minneapolis, MN 55431** | | **Line of Credit** | | | | **$42,783,697.90** |
| **US Small Business Administration 409 3rd St Washington, DC 20416** | | **PPP** | **Contingent** | | | **$2,639,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Synrgo, Inc.
590 W. Lambert Road
Brea, CA 92821


Sean A. OKeefe
OKeefe & Associates Law Corporation. PC
26 Executive Park
Suite 250
Irvine, CA 92614


5D Development LLC
304 S Jones Blvd Suite 803
Las Vegas, NV 89107


ACC Business - 0485
PO Box 105306
Atlanta, GA 30348-5306


ACC Business - 4158
PO Box 105306
Atlanta, GA 30348-5306


Adams WA County Recorder
210 W Broadway
Ritzville, WA 99169


Airport Office Park 5 LP
200 Marshall Drive
Moon Township, PA 15108


Airport Office Park 5 LP
200 Marshall Drive Moon
Moon Township, PA 15108

Alameda CA County Recorder
1106 Madison St
Oakland, CA 94607


Alhambra Water
PO Box 660579
Dallas, TX 75266-0579


Amador CA County Recorder
810 Court St
Jackson, CA 95642


American Express
PO Box 981535
El Paso, TX 79998


Anthem Blue Cross
PO BOX 511300
Los Angeles, CA 90051-7855


BAM - Limited
11768 Atwood Rd Ste 20
Auburn, CA 95603


Bank of Hemet
KEVIN R FARRENKOPF as Agent
3715 SUNNYSIDE DRIVE
Riverside, CA 92506


Bank of Hemet Mastercard
Card Service Center
PO Box 569120
Dallas, TX 75356-9120

Bristol RI County Recorder
283 County Rd
Barrington, RI 02806-2406


Caddo LA County Recorder
501 Texas Street Ste 103
Shreveport, LA 71101


California Research Tabulations Inc
590 W Lambert Road
Brea, CA 92821


Calton Fields
PO Box 3239
Tampa, FL 33601-3239


Charlevoix MI County Recorder
301 State St
Charlevoix, MI 49720


City of Brea - 0507 Van IND
1 Civic Center Circle
PO Box 2237
Brea, CA 92822-2237


City of Brea - 2009 IND
1 Civic Center Circle
PO Box 2237
Brea, CA 92822-2237


City of Brea - 2507 FM LAM
1 Civic Center Circle
PO Box 2237
Brea, CA 92822-2237

```
Colorado County Clerks Association
 c/o Matt Crane
PO Box 3095
Littleton, CO 80161


Colusa CA County Recorder
547 Market St Ste 101
Colusa, CA 95932


ComEd - IL
PO BOX 6111
Carol Stream, IL 60197-6111


Connexion Technology
DBA CXT Software
PO Box 29088
Phoenix, AZ 85038-9088


Coverall North America Inc
2955 Momentum Place
Chicago, IL 60689


Coverall North America Inc
2955 Momentum Place
Chicago, IL 60619


David L Welch
717 Missouri Street Ste A
Fairfield, CA 94533


Do It Right Pest Control
PO Box 8183
La Verne, CA 91750
```

Doing Better Business Inc
14500 Byers Road
Hagerstown, MD 21742


El Dorado CA County Recorder
360 Fair Ln
Placerville, CA 95667


El Paso TX County Recorder
500 E San Antonio
El Paso, TX 79901


Environment Control
1624 Santa Clara Dr Ste 240
Roseville, CA 95661


Environmental Cleaning Services Inc
10830 N Centra Espressway Ste 170
Dallas, TX 75231


Ernesto Galindo
1625 S Charlotte Ave Unit A
San Gabriel, CA 91776


Essex MA County Recorder
1 Union Street Suite 402
Lawrence, MA 01840


Fairfield CT County Recorder
611 Old Post Road
Fairfield, CT 06824

Fayette OH County Recorder
133 S Main Street  Ste 305
Washington Court House, OH 43160

FPT USA Corp
801 East Campbell Road
Suite 525
Richardson, TX 75081

Fresno CA County Recorder
2281 Tulare St
Fresno, CA 93721

Friars Office Building
c/o Harman Assett Management
PO Box 2463
La Jolla, CA 92037

Future Landscape Service
11609 Lark Ct
Fontana, CA 92337

Glynn GA County Recorder
701 H St
Brunswick, GA 31520

GoodHire
555 Twin Dolphine Dr Suite 630
Redwood City, CA 94065

Grays Harbor WA County Recorder
100 W Broadway
Montesano, WA 98563

GTT Communications
PO Box 842630
Dallas, TX 75284-2630

Hartford CT County Recorder
550 Main Street 1st Floor Suite 1
Hartford, CT 06103

Hartford Financial Services
PO Box 415738
Boston, MA 02241-5738

Impact LA LLC
75 Remittance Drive Dept 6077
Chicago, IL 60675-6077

Imperial CA County Recorder
940 Main St
El Centro, CA 92243

Incorporating Services Ltd
3500 S Dupont Hwy
Dover, DE 19901

Inland Presort & Mailing Services
2025 W Park Avenue Ste 7
Redlands, CA 92373-6274

Integrated Office Technology
12150 Mora Drive Unit 2
Santa Fe Springs, CA 90670

Inyo CA County Recorder
168 N Edwards St
Independence, CA 93526


James Davis
5286 Chadwick Dr
Huntington Beach, CA 92649


Joshua Cook
805 7th Street
Eureka, CA 95501


Julian-Julian Associates
PO Box 800315
Santa Clarita, CA 91380


Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915


Kern CA County Recorder
1530 Truxtun Ave
Bakersfield, CA 93301


Kings CA County Recorder
1400 W Lacey Blvd
Hanford, CA 93230


Lake CA County Recorder
255 N Forbes St Ste 223
Lakeport, CA 95453

Lance Soll & Lunghard LLP
203 N Brea Blvd Ste 203
Brea, CA 92821


Lassen CA County Recorder
220 S Lassen St #5th
Susanville, CA 96130


LAZ Parking
PO Box 846816
Los Angeles, CA 90084-6816


Lincoln WA County Recorder
450 Logan St
PO Box 28
Davenport, WA 99122


Lisa Hall & Associates Inc
Interpreters and Translators
910-K E Redd Road
El Paso, TX 79912


Louisa VA County Recorder
100 West Main St
Box 37
Louisa, VA 23093-0037


M&M Staffing Solutions LLC
PO BOX 312
Irwin, PA 15642


Madcelerator LLC
3402 Viburnum Drive
Madison, WI 53705

Marin CA County Recorder
3501 Civic Center Dr # 232
San Rafael, CA 94903


Mariposa CA County Recorder
4982 10th St
Mariposa, CA 95338


Marquette


MARSH & McLENNAN AGENCY
Lockbox 740663
Los Angeles, CA 90074


Mendocino CA County Recorder
501 Low Gap Rd # 1020
Ukiah, CA 95482


Minnehaha SD County Recorder
415 N Dakota Ave
Sioux Falls, SD 57104


Monroe TN County Recorder
103 College Street South Suite #4
Madisonville, TN 37354


Nevada CA County Recorder
950 Maidu Ave
Nevada City, CA 95959

New London CT County Recorder
181 State Street
New London, CT 06320


Office1
720 S 4th St
Las Vegas, NV 89101


Office1 - TX
720 S 4th Street
Las Vegas, NV 89101


Office1-PA
720 S 4th St
Las Vegas, NV 89101


One Day Signs
1566 W Embassy St
Anaheim, CA 92802


Orcas Business Park LLC
PO Box 81024
Seattle, WA 98108


Orleans LA County Recorder
1340 Poydras Street Fourth Floor
New Orleans, LA 70112


PAPCC Association Treasurer
Attn: Andrea Naugle
2304 E Fairmont Street
Allentown, PA 18109-8715

Plumas CA County Recorder
520 Main St Ste 102
Quincy, CA 95971


Principal Life Insurance Company
PO Box 10372
Des Moines, IA 50306-0372


Proshred North Texas
2081 Hutton Dr Ste 103
Carrollton, TX 75006


Providence RI County Recorder
25 Dorrance Street
Providence, RI 02903


Quality Building Care
3452 E Foothill Blvd Suite 528
Pasadena, CA 91107


R Deutschman & Associates
631 Lunar Ave
Brea, CA 92821


Regus Management Group LLC
PO Box 842456
Dallas, TX 75284-2456


Republic Services #676
PO Box 78829
Phoenix, AZ 85062-8829

Riverside CA County Recorder
4080 Lemon St
Riverside, CA 92501


Sacramento CA County Recorder
600 8th Street
Sacramento, CA 95814


San Benito CA County Recorder
440 5th St #108
Hollister, CA 95023


San Bernardino CA County Recorder
222 W Hospitality Ln
San Bernardino, CA 92415


San Diego CA County Recorder
1600 Pacific Highway Suite 260
San Diego, CA 92101


San Francisco CA County Recorder
1 Dr Carlton B Goodlett Pl #190
San Francisco, CA 94102


San Joaquin CA County Recorder
44 N San Joaquin St #260
Stockton, CA 95202


Sandusky OH County Recorder
100 N Park Ave #217
Fremont, OH 43420

Sanilac MI County Recorder
60 Sanilac Rd # 202
Sandusky, MI 48471


Santa Clara CA County Recorder
70 W Hedding St 1st Floor
San Jose, CA 95110


Santa Cruz CA County Recorder
701 Ocean St # 230
Santa Cruz, CA 95060


Shamim Engineering Consultants Inc
5847 Wilbur Ave
Tarzana, CA 91356


Shred Pros
1350 Sao Paulo Ave
Brea, CA 92821


Sierra CA County Recorder
100 Courthouse Square
Downieville, CA 95936


Siskiyou CA County Recorder
311 4th St #108
Yreka, CA 96097


Siskiyou County IT
ATTN: Judy Crawford
311 Fourth St Rm 102
Yreka, CA 96097

Skamania WA County Recorder
240 Vancouver Ave
Stevenson, WA 98648


Snohomish WA County Recorder
3000 Rockefeller Ave
Everett, WA 98201


SoCalGas
PO Box C
Monterey Park, CA 91756-5111


Solano CA County Recorder
675 Texas Street #2700
Fairfield, CA 94533


Southern California Edison
PO Box 300
Rosemead, CA 91772-0001


Southern California Edison
PO Box 600
Rosemead, CA 91771-0001


Southern California Services Inc
65 Secret Garden
Irvine, CA 92620


Spink SD County Recorder
210 E 7th Avenue Suite 8
Redfield, SD 57469-1299

SPL TOTAL SOLUTIONS LLC
GRANT C KEARY as Agent for Service
26000 TOWNE CENTRE DR STE 200
Foothill Ranch, CA 92610


Stanislaus CA County Recorder
1021 I St Suite 101
Modesto, CA 95354


Staples
PO Box 660409
Dallas, TX 75266-0409


Sundance Electrical Contracting LLC
2333 E Loop 820 N
Fort Worth, TX 76118


Sutter CA County Recorder
433 Second St
Yuba City, CA 95991


Tehama CA County Recorder
633 Washington St # 12
Red Bluff, CA 96080


Texas Land Title Association
1717 W 6th Street Suite 120
Austin, TX 78703


The Bank of Hemet
PO Box 12002
Hemet, CA 92546-8002

The Extant Group
90 Sundance Drive
Santa Fe, NM 87506


Tisdale & Nicholson LLP
2029 Century Park East Suite 1040
Los Angeles, CA 90067


Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Trinity CA County Recorder
11 Court St
Weaverville, CA 96093


TXU Energy
PO BOX 650638
Dallas, TX 75265-0638


UDig LLC
8000 Franklin Farms Drive Suite 2
Henrico, VA 23229


UMB Capital Finance UMB Bank
Attn Matthew Howe
1600 W 82nd St Suite 250
Minneapolis, MN 55431


United Healthcare of California
Dept 6940
Los Angeles, CA 90084-6940

Universal Waste Systems Inc
North East LA Franchise
PO Box 15069
Whittier, CA 90605


US Small Business Administration
409 3rd St
Washington, DC 20416


Van Zandt TX County Recorder
121 E Dallas St Room 202
Canton, TX 75103


Vegas Tree Services Inc
1035 S Chantilly St
Anaheim, CA 92806


Yolo CA County Recorder
625 Court St #104
Woodland, CA 95695


Yuba CA County Recorder
915 8th St # 107
Marysville, CA 95901


Yvonne Huff
5441 Camino Real
Riverside, CA 92509